IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Courtroom Deputy: LaDonne Bush  Date: December 5, 2007
Court Reporter: Darlene Martinez

Civil Action No. 06-cv-01999-JLK

TANIA L. ANDERSON,  Barry D. Roseman

    Plaintiff,

v.

AMC CANCER RESEARCH CENTER,  Brett C. Painter

    Defendant.

_____

## COURTROOM MINUTES
_____

**Hearing on Motion**

2:15 p.m.  Court in session.

Court's preliminary comments.

Counsel have reached agreement on certain issues regarding Plaintiff's Motion to Compel.

Discussion regarding the remaining issues.

**ORDERED:** Plaintiff's Motion to Compel (Doc. 34) is granted in part and denied in part as set forth on the record.

2:45 p.m.  Court in recess.

Time: 00:30
Hearing concluded.