IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1999-JLK**

**TANIA L. ANDERSON**,

       Plaintiff,

v.

**AMC CANCER RESEARCH CENTER,**

       Defendant.

---

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation of Dismissal (doc. #84), filed November 30, 2009, it is

**ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 2nd day of December, 2009.

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT